IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DECISION POINT TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:07-CV-34-M |
| | § | |
| PERCY JOHNSON, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal Without Prejudice. It is therefore **ORDERED** that this is matter is **DISMISSED** without prejudice, each side to bear its or his own fees and costs.

**SO ORDERED.**

DATED: May 21, 2007.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS